# DOCUMENTS TO BE SEALED

PLAINTIFF

-V-

DEFENDANT

DOCKET NUMBER: __21 CV 10432__

DATE FILED: __DEC 0 7 2021__

SIGNED BY: __JUDGE NATHAN__

DATE SIGNED: __NOV 3 0 2021__

TO BE FILED UNDER SEAL:

_____ ENTIRE ACTION

___✓___ COMPLAINT/PETITON ONLY

_____ OTHER DOCUMENTS/EXHIBITS