IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **FRITZCO LLC, LOS GATOS-SARATOGA COMMUNITY EDUCATION AND RECREATION, and THE LAW OFFICE OF SAMUEL M. SMITH,** on behalf of themselves and all others similarly-situated,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>**VERIZON COMMUNICATIONS INC. and CELLCO PARTNERSHIP (D/B/A VERIZON WIRELESS),**<br><br>　　　　　Defendants. | **CASE NO. 21-CV-10432**<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO <u>MAINTAIN SEAL OF THE UNREDACTED COMPLAINT</u>**

Upon consideration of Plaintiffs' Unopposed Motion to Maintain Seal of the Unredacted Complaint, Plaintiffs' supporting Memorandum of Law, the accompanying Declaration of Yonit A. Caplow, dated January 28, 2022, and exhibits thereto, and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiffs' Motion is **GRANTED**; and

2. The Clerk of Court shall maintain **UNDER SEAL** Plaintiffs' unredacted Complaint filed on December 7, 2021, with viewing restricted to the parties and the Court only.

Dated: __January 31_____, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　United States District Judge